UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:20-CV-21590-MGC

ZVI ADLER,
individually and on behalf of all others similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

WISE TRAVEL, INC.,
a Delaware Corporation,

*Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Zvi Adler, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Zvi Adler, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 6, 2020

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**EDELSBERG LAW, PA**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

              Respectfully submitted,

              **SHAMIS & GENTILE, P.A.**
              14 NE 1st Ave., Suite 705
              Miami, FL 33132
              Telephone (305) 479-2299
              Facsimile (786) 623-0915
              Email: ashamis@shamisgentile.com

    By:  /S/Andrew J. Shamis____
        ANDREW J. SHAMIS, ESQ
        Florida Bar # 101754

        *Attorneys for Plaintiff Zvi Adler and all others similarly situated.*