UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21590-Civ-COOKE

ZVI ADLER, *individually and on behalf of all others similarly situated*,

    Plaintiff,

vs.

WISE TRAVEL, INC.,
*a Delaware Corporation*,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been voluntarily **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Notice of Dismissal with Prejudice*, ECF No. 5. All claims of the Plaintiff, Zvi Adler, individually, have been **DISMISSED** *with prejudice*. All claims of any unnamed member of the alleged class have **DISMISSED** *without prejudice*. The Court Orders the Clerk to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 6th day of May 2020.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*